UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMATY EMMANUEL MAHAN,<br>        Plaintiff,<br>   v.<br>T. VILES; et al.,<br>        Defendants.       / | No. C 11-3049 SI (pr)<br><br>**ORDER OF TRANSFER** |

Samaty Emmanuel Mahan filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred while he was at the California State Prison - Sacramento and Folsom State Prison in 2010 through May 2011. Both of those facilities are in Sacramento County, within the venue of the Eastern District of California. Some or all of the defendants apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: October 13, 2011

                                                  SUSAN ILLSTON<br>
                                                United States District Judge